UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHELLE DENISE TURNER,**

    **Plaintiff,**

v.                    Case No: 6:16-cv-2074-Orl-41DCI

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review of the final decision of the Commissioner of Social Security denying her application for Social Security Disability benefits and Supplemental Security Income payments. United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 16), in which he recommends that the Court affirm the Commissioner's final decision.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. The Commissioner's final decision is **AFFIRMED**.
3. The Clerk is directed to enter judgment in favor of the Commissioner and close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 2, 2018.



Copies furnished to:

Counsel of Record